## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CR-30003-DWD-07 |
| | ) | |
| BARRY BOYCE, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM & ORDER

**DUGAN, District Judge:**

On June 4, 2022, Defendant Barry Boyce filed a motion seeking temporary release from custody to attend funeral services for his mother, Nora K. Boyce. The funeral is on June 18, 2022, in Charleston, Missouri. On June 6, 2022, the Court denied the motion, finding that Mr. Boyce is a flight risk and that no condition or combination of conditions would reasonably assure the safety of the community, or his appearance as required. Mr. Boyce has now filed a motion urging the Court to reconsider.

In his motion to reconsider, Mr. Boyce challenges the strength of the evidence against him. Mr. Boyce contends, that a "safe and brief" private visit with his mother can be orchestrated by the United States Marshal Service ("USMS"). Mr. Boyce, however, fails to provide any specific details regarding his proposal. Obviously, transporting a prisoner to an unsecure location would put the USMS deputies and those around them at risk – a risk that is particularly acute in this case given the allegations of serious conduct that led to the subject indictment. Furthermore, the proposed escort

would require significant resources and manpower.  Orchestrating any form of visit requires the USMS to formulate security checks, investigate the background of others who may attend, and mitigate safety and security issues, all of which require significant resources.  There is also great expense involved, and the USMS is not to be burdened by paying for such services.  Mr. Boyce does not address the means or method of payment of such expenses. While the Court is empathetic to Boyce's predicament and his mother's passing, it will not task the USMS with the burdens of facilitating a visit as requested.

Accordingly, Boyce's motion for reconsideration, including his request for a hearing, (Doc. 368) is **DENIED.**

**SO ORDERED.**

Dated: June 14, 2022

DAVID W. DUGAN
United States District Judge