IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BARRY BOYCE )<br>   aka "Little Barry," )<br>)<br>Defendant. ) | CRIMINAL NO. 21-30003-DWD |

## STIPULATION OF FACTS

Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, Ali M. Summers, Assistant United States Attorney for said District, and Jeremy I. Franker and Alexander Gottfried, Trial Attorneys, United States Department of Justice, herewith enter into the following Stipulation of Facts with the defendant:

1. The Gangster Disciples is a street and prison gang that began in or about the 1960's, and which operates in the Southern District of Illinois and across the United States. The Gangster Disciples are organized according to a recognized hierarchy and structure with ranks such as "Chairman," "Board Members," and "Governors." Gangster Disciples members are subject to various rules, which include a prohibition on cooperating with law enforcement. The purposes of the Gangster Disciples include enriching the leaders, members, and associates of the enterprise through drug trafficking and the collection of dues; preserving and protecting the power, territory, and operations of the enterprise; and keeping victims and potential witnesses in fear of its leaders, members, and associates, through threats of violence and actual violence, including murder.

2. During the period of the indictment, Defendant Boyce knowingly conspired to conduct and participate in the conduct of the affairs of the Gangster Disciples through a pattern of racketeering activity, including offenses involving trafficking in controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. As a member of the Gangster Disciples, Defendant Boyce attended gang meetings on several occasions, including in East St. Louis on November 18, 2018; in Charleston, Missouri on December 16, 2018; and in Charleston, Missouri on April 6, 2019. During these meetings, Defendant Boyce discussed the distribution of controlled substances with other Gangster Disciples members.

3. As part of the pattern of racketeering activity to which he agreed, Defendant Boyce partnered with other Gangster Disciples members to smuggle a synthetic cannabinoid 4-fluoro MDMB-BUTINACA, commonly known as "K2," into various Missouri state prisons. During the course of the racketeering conspiracy, Defendant Boyce distributed at least 82.83 grams of K2. The defendant knew that the substances he distributed were controlled substances.

4. This stipulation of facts is intended only to provide the Court with sufficient foundation to accept Defendant Boyce's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity.

### SO STIPULATED:

RACHELLE AUD CROWE
United States Attorney

_____
Barry Boyce
Defendant

_____
for Ali M. Summers
Assistant United States Attorney

_____
Joslyn Anthony Sandifer
Jordan J. Campanella
Attorneys for Defendant

_____
Jeremy I. Franker
Alexander B. Gottfried
Trial Attorneys, U.S. Department of Justice

Date: 12/7/22

Date: 12/7/22